IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MALCOM JORDEN,**

    Plaintiff,

v.                                                                                    Civil Action No. **3:23CV825 (RCY)**

**DEPUTY TOLBERT,** *et al.***,**

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on January 30, 2024, the Court directed Plaintiff to pay an initial partial filing fee of $6.07 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

                                                                                    /s/
                                                        Roderick C. Young
                                                        United States District Judge

Date: March 13, 2024
Richmond, Virginia